UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD B. WILLIAMS,<br><br>             Petitioner,<br><br>     v.<br><br>E. VALENZUELA, WARDEN,<br><br>             Respondent. | CASE NO. CV 15-819-AG (PJW)<br><br>ORDER DISMISSING HABEAS CORPUS PETITION AND DENYING CERTIFICATE OF APPEALABILITY |

    Before the Court for screening is a Petition for Writ of Habeas Corpus filed by Petitioner, a state inmate at the California Men's Colony East.  Petitioner alleges that he is being denied necessary treatment after experiencing a heart attack and seeks an order releasing him from administrative segregation and providing him with medical care.  (Petition at 1-2.)  It appears, therefore, that Petitioner is not challenging his incarceration or his sentence but is, instead, complaining about the conditions of his confinement.  A habeas corpus petition is not the proper vehicle for challenging the conditions of confinement.  The purpose of habeas corpus is to attack the legality of a conviction or sentence. *See Preiser v. Rodriguez*, 411 U.S. 475, 487-88 (1973); *cf. Douglas v. Jacquez*, 626 F.3d 501, 504

(9th Cir. 2010) ("A habeas court has the power to release a prisoner, but has no other power.") (citation omitted).

Prisoners wishing to challenge the conditions of their confinement must file a civil rights action pursuant to 42 U.S.C. § 1983. *See, e.g.*, *Ramirez v. Galaza*, 334 F.3d 850, 858-59 (9th Cir. 2003) ("[H]abeas jurisdiction is absent, and a § 1983 action proper, where a successful challenge to a prison condition will not necessarily shorten the prisoner's sentence."). For this reason, the Petition is dismissed.

The Court further finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED

DATED: September 13, 2016.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

Presented by:

9/7/16

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Williams proposed order dismissing 15-819.wpd