JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD B. WILLIAMS, | ) | Case No. CV 15-819-AG (PJW) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| | ) | |
| v. | ) | |
| | ) | |
| E. VALENZUELA, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order filed herein today, it is hereby adjudged that the Petition is dismissed.

DATED:   September 13, 2016.

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Williams Judgment 15-819.wpd